Mark C. Severino
Nevada Bar No. 14117
Jessica L. Beeler, Esq.
Nevada Bar No. 15387
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Mark.Severino@wilsonelser.com
Jessica.Beeler@wilsonelser.com
*Attorneys for Defendant*
*FERRUGIO DESIGN, INC.*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| TODD SHAW and RACHELLE SHAW, husband and wife;<br><br>            Plaintiffs,<br><br>vs.<br><br>FERRUGIO DESIGN INC., a California Corporation (d/b/a FERRUGIO DESIGN + ASSOCIATES); DOES 1-10 inclusive,<br><br>            Defendants. | Case No.:   3:21-cv-00309-LRH-WGC<br><br>**STIPULATION AND ORDER** |

Plaintiffs, TODD SHAW and RACHELLE SHAW, and Defendant, FERRUGIO DESIGN INC., by and through their undersigned counsel, hereby stipulate and agree as follows:

1.     Plaintiffs served the Defendant with their Summons and Complaint through Defendant's counsel on or about June 30, 2021.

2.     Defendant removed this case to the United States District Court for the State of Nevada on July 21, 2021.

3.     Plaintiffs and Defendant have agreed to attend mediation with Hon. Jennifer Togliatti (Ret.) on November 4, 2021 to see if this case can be resolved prior to further litigation.

256680476v.1

4. In order to foster the parties desire to attend mediation without incurring unnecessary litigation costs, and as a condition to attending mediation, it is hereby agreed between the parties that the Defendant shall provide Plaintiffs with all vendor invoices and Defendants cancelled checks and proof of payment for all items Defendants purchased for Plaintiffs' residence at least 30 days prior to the mediation.

5. It is further agreed that should the mediation be unsuccessful in resolving this matter, the Defendant shall have fourteen (14) days from the date of the mediation to file a responsive pleading, unless otherwise agreed among the parties at mediation. The parties have agreed to temporarily stay all proceedings in the case until 30 days after the mediation. No later than 30 days after the mediation, the parties will provide a Joint Status Report regarding the outcome of the mediation.

(i) If this matter is successfully resolved by mediation, the parties will file a Stipulation to Dismiss no later than 45 days after the mediation.

(ii) If this matter is not resolved by mediation, the parties will resume to litigate this matter and upon the filing of Defendant FD&A's Answer, will proceed with conducting the Early Case Conference and develop a Proposed Discovery Plan in accordance with the applicable Local Rules and Federal Rules of Civil Procedure.

/ / /

/ / /

/ / /

/ / /

256680476v.1

6. By making the above stipulations, neither Plaintiffs, nor Defendant, are waiving or abandoning any claims or defense available at law. The parties hereby specifically reserve any and all claims or defenses available at law.

| | |
|---|---|
| **VILORIA, OLIPHANT, OSTER & AMAN L.L.P.** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| /s/ R. Shawn Oliphant<br>R. Shawn Oliphant, Esq.<br>Nevada Bar No. 6441<br>327 California A venue<br>Reno, NV 89509<br>(775) 284-8888<br>*Attorneys for Plaintiff* | /s/ MARK C. SEVERINO<br>Mark C. Severino<br>Nevada Bar No. 14117<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

The stipulations of the parties set forth above are adopted by the Court.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2021

256680476v.1