1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**STATE OF NEVADA**

TODD SHAW and RACHELLE SHAW,
husband and wife,

                    Plaintiffs,

    vs.

FERRUGIO DESIGN INC., a California
Corporation (d/b/a FERRUGIO DESIGN +
ASSOCIATES);  DOES 1-10, inclusive,

                Defendants.

Case No. 3:21-cv-00309-LRH-CSD

<u>ORDER FOR</u>
<u>DISMISSAL WITH PREJUDICE</u>

     Plaintiffs, TODD SHAW and RACHELLE SHAW ("Shaw"), and Defendant, FERRUGIO DESIGN, INC., dba FERRUGIO DESIGN + ASSOCIATES ("Ferrugio"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal with prejudice of Plaintiffs First Amended Complaint against Ferrugio, with each party to this Stipulation bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///
///

1436953

-1-

**AFFIRMATION**

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 14th day of March, 2022.   DATED this 14th day of March, 2022.

VILORIA, OLIPHANT, OSTER   WILSON, ELSER, MOSKOWITZ,
& AMAN L.L.P.   EDELMAN & DICKER LLP

By:   /s/ *R. Shawn Oliphant*   By:   /s/ *Mark C. Severino*
R. Shawn Oliphant, Esq.   Mark C. Severino, Esq.
Nevada Bar No. 6441   Nevada Bar No. 14117
327 California Avenue   Jessica Beeler, Esq.
Reno, NV 89509   Nevada Bar No. 15387
(775) 284.8888   6689 Las Vegas Blvd. South, Suite 200
*Attorneys for Plaintiff*   Las Vegas, NV 89119
(702) 727.1400
*Attorneys for Defendant*

**ORDER**

For good cause appearing;

IT IS SO ORDERED that Plaintiffs First Amended Complaint against Defendant, FERRUGIO DESIGN, INC. dba FERRUGIO DESIGN + ASSOCIATES, is hereby DISMISSED with prejudice and each party to this Stipulation shall bear their own attorney's fees and costs.

LARRY R. HICKS
United States District Judge

DATE:  March _____, 2022.

DATED:  March 25, 2022.